MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
BARRETT L. SCHREINER (SBN 266617)
 *bschreiner@mayerbrown.com*
350 South Grand Avenue 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
GEORGIA-PACIFIC LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GONZALO ORTEGA, individually and on behalf of the putative classes,<br><br>        Plaintiff,<br><br>   v.<br><br>GEORGIA-PACIFIC LLC,<br><br>        Defendant. | Case No. CV-12-5607-PSG (JCGx)<br><br>**THIRD AMENDED NOTICE OF SETTLEMENT**<br><br>[Local Rule 40-2] |

1  **NOTICE IS HEREBY GIVEN** that Defendant Georgia-Pacific LLC and Plaintiff Gonzalo Ortega reached a settlement in principle on December 18, 2012.  The contemplated settlement—which would dispose of this case in its entirety—is subject to due execution and delivery of definitive settlement documents.  While the parties anticipated executing final settlement documentation by February 25, 2013, executing the settlement documentation has taken the parties longer than expected.  The parties now anticipate executing final settlement documentation by March 11, 2013.

Dated:  February 25, 2013

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER


By: s/Barrett L. Schreiner
    Barrett L. Schreiner
Attorneys for Defendant
GEORGIA-PACIFIC LLC