UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ORTEGA, individually and on behalf of those similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GEORGIA-PACIFIC LLC,<br><br>　　　　Defendant. | Case No. 12-5607 -PSG<br><br>E-FILED 06/05/13<br>JS-6 |

## ORDER

AND NOW, it appearing the parties have agreed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action should be dismissed, it is HEREBY ORDERED that this matter is dismissed with prejudice as to Plaintiff Gonzalo Ortega, and without prejudice to the putative class, and without costs.

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED:

6/3/13

　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　U.S.D.J.